IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IMPINJ, INC., § | |
| § | |
| Plaintiff/ § | |
| Counterclaim Defendant, § | |
| § | |
| v. § | CIVIL ACTION No. 6:21-cv-00530-ADA |
| § | |
| NXP USA, INC., § | |
| § | |
| § | |
| Defendant/ § | |
| Counterclaim Plaintiff. § | |
| § | |

## JOINT STIPULATION REGARDING CASE NARROWING

Plaintiff/Counterclaim Defendant Impinj, Inc. ("Impinj") and Defendant/Counterclaim Plaintiff NXP USA, Inc. ("NXP") met and conferred pursuant to the Agreed Amended Scheduling Order (Dkt. 104), and the parties hereby stipulate and agree to the following case narrowing procedures in anticipation of the three (3) trials contemplated by the Court in this matter:

On or before December 1, 2022, Impinj and NXP shall each disclose a maximum of sixty (60) asserted claims across all nine of their respective asserted patents;

On or before March 21, 2023, Impinj and NXP shall each disclose its three (3) preferred patents to be asserted in each of the three trials and shall further reduce the number of asserted claims to a maximum of ten (10) claims per three patent trial; and

On or before April 4, 2023, Impinj and NXP shall each reduce the number of prior art references/combinations to a maximum of ten (10) per three patent trial.

Dated: September 29, 2022

By:   */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, TX 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Michael C. Hendershot
Tharan Gregory Lanier
Gurneet Singh
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
mhendershot@jonesday.com
tglanier@jonesday.com
gsingh@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker Dr.
Chicago, IL 60601
(312) 782-3939
twritchie@jonesday.com

T. Kaitlin Crowder
Robert M. Breetz
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939
kcrowder@jonesday.com
rbreetz@jonesday.com

Respectfully Submitted,

By:  */s/ M. Craig Tyler*
M. Craig Tyler, TX No. 00794762
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701-0089
Telephone: (737) 256-6113
CTyler@perkinscoie.com

Ramsey M. Al-Salam, WSBA No. 18822
Stevan R. Stark, WSBA No. 36939
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: RAlsalam@perkinscoie.com
Email: SStark@perkinscoie.com

Daniel T. Keese (admitted pro hac vice)
1120 NW Couch St., 10th Floor
Portland, OR 97209
Phone: 503-727-2000
Fax: 503-727-2222
Email: DKeese@perkinscoie.com

***Attorneys for Plaintiff/Counterclaim Defendant Impinj, Inc.***

Robert Leven Herguner
JONES DAY
51 Louisiana Ae. N.W.
Washington, D.C. 200001-2113
(202) 879-3939
rlherguner@jonesday.com

*Counsel for Defendant/Counterclaim Plaintiff,
NXP USA, INC.*

## CERTFICIATE OF SERVICE

The undersigned hereby certifies that on September 29, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

                                                                                                      */s/ G. Blake Thompson*
                                                                                                      **G. Blake Thompson**