IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IMPINJ, INC., <br><br> Plaintiff/ <br> Counterclaim Defendant, <br><br> v. <br><br> NXP USA, INC., <br><br> Defendant/ <br> Counterclaim Plaintiff, <br><br> and <br><br> NXP B.V. and NXP SEMICONDUCTORS NETHERLANDS B.V., <br><br> Defendants. | CIVIL ACTION No. 6:21-cv-00530-ADA <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION REGARDING NXP'S MOTION TO DISMISS

Plaintiff/Counterclaim Defendant Impinj, Inc. ("Impinj") and Defendant/Counterclaim Plaintiff NXP USA, Inc. and Defendants NXP B.V. and NXP Semiconductors Netherlands B.V. (collectively "NXP") hereby stipulate and agree as follows:

WHEREAS, on July 13, 2022, the Court granted Impinj's Motion for Leave to File an Amended Complaint to add NXP B.V. and NXP Semiconductors Netherlands B.V. as defendants (Dkt. 95);

WHEREAS, on October 13, 2022, NXP B.V. and NXP Semiconductors Netherlands B.V. filed its Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 116);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Impinj and NXP that:

1. NXP B.V. is hereby dismissed with prejudice;

2. NXP Semiconductors Netherlands B.V. withdraws its motion to dismiss (Dkt. 116) for purposes of this action only and with no admission as to jurisdiction or venue in any other proceeding; and

3. All parties reserve all rights with respect to their claims for and defenses to damages, injunctive or other relief.

Dated: April 11, 2023

Respectfully Submitted,

By: */s/ G. Blake Thompson*
**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**J. Mark Mann**
State Bar No. 12926150
Mark@TheMannFirm.com
MANN | TINDEL | THOMPSON
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Michael C. Hendershot
Tharan Gregory Lanier
Gurneet Singh
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
mhendershot@jonesday.com
tglanier@jonesday.com
gsingh@jonesday.com

Thomas W. Ritchie
Lisa L. Furby
Timothy J. Heverin
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 782-3939
twritchie@jonesday.com
lfurby@jonesday.com
tjheverin@jonesday.com

By: */s/ Ramsey M. Al-Salam*
M. Craig Tyler, TX No. 00794762
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701-0089
Telephone: (737) 256-6113
CTyler@perkinscoie.com

Ramsey M. Al-Salam, WSBA No. 18822
Stevan R. Stark, WSBA No. 36939
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: RAlsalam@perkinscoie.com
Email: SStark@perkinscoie.com

Daniel T. Keese (admitted pro hac vice)
1120 NW Couch St., 10th Floor
Portland, OR 97209
Phone: 503-727-2000
Fax: 503-727-2222
Email: DKeese@perkinscoie.com

***Attorneys for Plaintiff/Counterclaim Defendant Impinj, Inc.***

T. Kaitlin Crowder
Robert M. Breetz
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939
kcrowder@jonesday.com
rbreetz@jonesday.com

Jonathan McNeal Smith
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
(213) 489-3939
jonathansmith@jonesday.com

Tracy A. Stitt
Yury Kalish
Robert Levent Herguner
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939
tastitt@jonesday.com
ykalish@jonesday.com
rlherguner@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Dr., Suite 1500
San Diego, CA 92121-3134
(858) 314-1200
smishaga@jonesday.com

*Counsel for Defendant/Counterclaim Plaintiff, NXP USA, INC. and Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

                                                                  */s/ G. Blake Thompson*
                                                                  **G. Blake Thompson**