IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| IMPINJ, INC., | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | CASE NO. 6:21-cv-00530-ADA |
| v. | § | JURY TRIAL DEMANDED |
| NXP USA, INC. and NXP SEMICONDUCTOR NETHERLANDS B.V. | § | |
| Defendants. | § | |

## OMNIBUS PRETRIAL CONFERENCE ORDER

On October 12, 2023, the Court held a pre-trial conference in the above-captioned matter and orally issued its rulings on each of the matters below. The Court hereby memorializes its rulings in the below tables:

| Dkt. No. | Motion | The Court's Order |
|---|---|---|
| 170 | NXP's Motion for Partial Summary Judgment | GRANTED IN PART AND DENIED IN PART.<br><br>Motion No. 1 is GRANTED with regard to NXP Japan's, NXP Shanghai's, and Defendants NXP Netherland B.V.'s international sales.<br><br>Motion No. 2 seeking summary judgment that the asserted claims of '835 and '227 patents are necessary to practice the Gen2 standard is DENIED.<br><br>Motion 4B, seeking summary judgment of no infringement of the '251 patent or the '835 patent because the accused products do not contain a "transponder" or "RFID Tag" is DENIED.<br><br>Motion 4C seeking summary judgment of no infringement of claims 1, 52 and 61 of the '835 patent because the accused products do not contain a "processor" is DENIED. |

| Dkt. No. | Motion | The Court's Order |
|---|---|---|
| | | All other aspects of the motion are tabled for a future trial. |
| 171 | Impinj's Motion for Partial Summary Judgment of Non-Infringement and no Pre-Suit Damages | DENIED. |
| 173 | Impinj's Motion to Exclude Certain Opinions of David Haas | DENIED. |
| 175 | Impinj's Motion to Strike | Sections B1, B4, C and E are DENIED.<br><br>Section C is DENIED, but NXP cannot argue that checking whether a power adequacy condition is met excludes checking of voltage.<br><br>All other sections of the motion are tabled to be fully addressed at a future trial. |
| 177 | Impinj's Motion to Exclude Certain Testimony | DENIED. |
| 178 | NXP's Motion to Exclude Certain Testimony | Motion No. 1 DENIED.<br><br>Motion No. 2 DENIED based on granting of Motion No. 1 of Dkt. 170.  To the extent that Order is reversed, Motion No. 2 will be revisited.<br><br>Motion No. 3 GRANTED IN PART AND DENIED IN PART.<br><br>Section C.3 of Motion No. 3 seeking exclusion of infringement theories for the UCODE 7xm/7xm+ products is GRANTED.  All other sections of Motion No. 3 related to the '251, '835, and '227 patents are DENIED.<br><br>All other sections of Motion No. 3 related to patents other than the '251, '835, and '227 patents are tabled to be fully addressed at a future trial. |
| 179 | Impinj's Motion for Partial Summary Judgment (Affirmative Case) | DENIED.<br><br>The Court holds that the preamble of claim 8 for the '251 patent, the "RFID transponder" is not limiting. |

| Dkt. No. | Motion | The Court's Order |
|---|---|---|
| | | The Court holds a processor is not limited to a component that executes software or is otherwise configurable.<br><br>Impinj's motion for summary judgment of infringement of the '251 patent is DENIED.<br><br>Impinj's motion for summary judgment of infringement of the '835 patent is DENIED.<br><br>Impinj's motion for summary judgment that the '251, '227, and '835 patents are not necessary to practice the Gen2 protocol is DENIED.<br><br>Impinj's motion seeking to dismiss NXP's defenses and counterclaims related the Gen 2 necessary practice defenses is DENIED.<br><br>All other aspects of the motion are tabled for consideration at a future trial. |
| 214 | Impinj's Motion to Amend Infringement Contentions re '251 and '835 Patents | The motion on the '251 patent is DENIED.<br><br>The motion relating to the '835 patent is GRANTED insofar as Impinj may assert indirect infringement of claim 41, but Impinj shall not be required to formally amend its infringement contentions. |

## **MOTIONS IN LIMINE**

| Dkt. No. | Motion | The Court's Order |
|---|---|---|
| 249 | NXP's Motions *in Limine* | GRANTED IN PART AND DENIED IN PART.<br><br>Motion No. 2 is GRANTED for lack of opposition.<br><br>Motions 1, 3 and 4 are DENIED, but objections may be raised at trial. |

| 250 | Impinj's Motions *in Limine* | Motions Nos. 2 through 4 are denied but objections may be raised at trial.<br><br>Motion No. 1 was AGREED by the parties and Motion No. 5 was WITHDRAWN by Impinj. |
|---|---|---|
| 262 | Impinj's Motion Strike or, in the Alternative, for Leave to File Sur-Reply | GRANTED IN PART AND DENIED IN PART.<br><br>Motion to Strike is DENIED<br><br>Motions for Leave to File Sur-Reply is GRANTED, and the clerk is instructed to file 262-1, Exhibit 1, Impinj's Sur-reply on the docket. |

SIGNED this 17th day of October, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE